CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Address: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff BRIAN WHITAKER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Giorgio Armani Corporation**, a New York Corporation; and Does 1-10,<br><br>    Defendants. | Case No:    3:20-cv-01751-BAS-MSB<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a resolution has been reached in the above-captioned case.

                              CENTER FOR DISABILITY ACCESS

Dated: November 2, 2020        By: /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorney for Plaintiff

Notice of Settlement            -1-                3:20-cv-01751-BAS-MSB