UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>                              Plaintiff,<br><br>v.<br><br>GIORGIO ARMANI CORPORATION, et al.,<br><br>                              Defendants. | Case No.:  20cv1751-BAS (MSB)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS** |

   In a Notice of Settlement dated November 3, 2020, counsel for Plaintiff informed the Court that the case settled.  (ECF No. 8.)  In light of the settlement, the Court **VACATES** all pending dates before Magistrate Judge Berg, including the Early Neutral Evaluation Conference and Case Management Conference currently scheduled for **November 19, 2020**.  Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

   The parties are ordered to file their Joint Motion to Dismiss this case, signed by counsel of record and any unrepresented parties, no later than **December 3, 2020**.  A proposed order granting the joint motion must be e-mailed to the assigned district

judge's chambers[1] on the same day.

**If the fully executed Joint Motion to Dismiss is not filed by December 3, 2020**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **December 10, 2020**, at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their Joint Motion to Dismiss on or before **December 3, 2020**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed Joint Motion to Dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated:  November 3, 2020

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.