# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>                    Plaintiff,<br><br>   v.<br><br>GIORGIO ARMANI CORPORATION, and DOES 1–10,<br><br>                    Defendants. | Case No. 20-cv-1751-BAS-MSB<br><br>**ORDER ENTERING JUDGMENT UNDER Fed. R. Civ. P. 68(a)** |

Plaintiff Brian Whitaker requests the Court to enter judgment pursuant to Federal Rule of Civil Procedure 68(a). (ECF No. 10.) Defendant Giorgio Armani Corporation has provided Plaintiff with an offer to allow judgment on specified terms. (ECF No. 10-1.) Plaintiff has accepted the offer. (ECF No. 10-2.) Therefore, the Court **ENTERS** judgment on this matter per the terms of Defendant's offer (ECF No. 10-1). The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: December 3, 2020

Hon. Cynthia Bashant
United States District Judge

- 1 -

20cv1751