1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385
6  (888) 422-5191 fax
   amandas@potterhandy.com
7  Attorneys for Plaintiff

8  Jaclyn M. Reinhart (SBN 317622)
   Jaclyn.Reinhart@jacksonlewis.com
9  JACKSON LEWIS P.C.
10 225 Broadway, Suite 2000
   San Diego, CA 92101
11 Telephone: (619) 573-4900
12 Facsimile: (619) 573-4901
   Attorneys for Defendant
13 Giorgio Armani Corporation

14

15              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
16

17 BRIAN WHITAKER,                    | Case: 3:20-cv-01751-BAS-MSB
18          Plaintiff,
19     v.                             | **JOINT STIPULATION FOR**
20 GIORGIO ARMANI                     | **DISMISSAL PURSUANT TO**
   CORPORATION, a New York            | **F.R.CIV.P. 41 (a)(1)(A)(ii)**
21 Corporation; and Does 1-10,
22          Defendants.
23

24

25

26        Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby apply

27 to the court that this action may be dismissed with prejudice as to all parties;

28                                    1
   ─────────────────────────────────────────────────────────
   Joint Motion for Dismissal              Case: 3:20-cv-01751-BAS-MSB

1

2

each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

3

4   Dated: October 22,2021          CENTER FOR DISABILITY ACCESS

5

6                                   By:    /s/ Amanda Seabock
                                           Amanda Seabock
7                                          Attorneys for Plaintiff

8

9

10  Dated: October 22,2021          JACKSON LEWIS P.C.

11

12

13                                  By:  /s/ Jaclyn M. Reinhart
                                         Jaclyn M. Reinhart
14                                       Attorneys for Defendant
                                         Giorgio Armani Corporation
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jaclyn M. Reinhart, counsel for Giorgio Armani Corporation, and that I have obtained authorization to affix her electronic signature to this document.

Dated: October 22,2021          CENTER FOR DISABILITY ACCESS

                                By:     /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff

4886-5060-0192, v. 1

3